Civil sheet                    November 4 2025

Third Circuit Coversheet For
motion to Dismiss Appeal /notice
            of intent

Case trial # Jp-cv-277030
        Appeal # 03-25-00838-cv

Gabryelle Daniels V Paige Heitkamp


Documents

motion to Dismiss appeal Voluntary

notice of intent to File new
    trial in District Court

Both Documents Sent via electronically
To Paige Heitkamp on 11/04/2025
        @ 10:41 Am
        at P.Heitkamp @ Cobbmartinez. Com
    Dtostrud @cobbmartinez. Com

RECEIVED
NOV 1 0 2025
THIRD COURT OF APPEALS
JEFFREY D. KYLE

        Respectfully


Gabryelle Daniels              254·499·8850
606 N. 2nd Street
Copperas Cove Tx 76522     DanielsGabryelle
                            25 @Gmail·com

RECEIVED

NOV 1 0 2025

11/04/2025

In the Third Court of appeals Of
Texas

Gabryelle Daniels /Appellant
v
Paige Heitkamp /Appellee

Trial Court Case # Jp-cv-277030
Court appeal # 03-25-00838-cv

Voluntary Dismissal of appeal and
notice of intent to Seek trial De
Novo

To the Honorable Third Court of Appeals

Comes now, Gabryelle Daniels, appellant
in the above - captioned matter, and
Pursuant to rule 42.1 (A) of the Texas
rules of appellate Procedure, hereby
voluntarily Dismisses the appeal in case
number Jp-cv- 277030. Appellant further
Notifies the court that she intends to
Proceed with a trial De Novo in the
Justice Court, Travis County, Texas, upon
the Dismissal of this appeal

Certificate of Service
I Certify that a true and Correct copy
of this voluntary Dismissal and notice
of intent to Seek trial De Novo
has been Served on the Appellee, Paige

Heitkamp at the following email address:

PHeitkamp@Cobbmartinez.com

Dtostrud@Cobbmartinez.com

Respectfully Submitted,

Gabryelle Daniels
804 N. 2nd Street
Copperas Cove Tx 76522
Danielsgabryelle85@Gmail.com
Appellant, Pro Se

November 4 2025

November 4 2025

In the Justice Court Travis County Texas

Gabryelle Daniels / Appellant

v

Paige Heitkamp / Appellee

Trial Court Case # JP-CV-277030

Request for Clerks record And Reporter's record with electronic Delivery and waiver of fees

To the Honorable Clerk and Court Reporter of the Justice Court, Travis County, Texas

Comes now Gabryelle Daniels, Appellant in the above-referenced case, and respectfully requests that the Clerks records and reporter's record from the trial proceedings in case # JP-CV-277030 be prepared and transmitted to the Justice Court for the purpose of a trial De novo. Appellant filed an appeal in Third Court of appeals but has voluntarily placed a Dismissal of appeal. The records are Requested to allow the Justice Court to proceed with the trial De novo and for consideration of the issues raised on appeal. Appellant requests

that the records be delivered electronically to the following email address

DanielsGabryelle85@Gmail.com

Appellant further notifies the court that her "Statement of inability to afford payment of court cost" has been Granted Pursuant to Texas rule of appellate Procedure 20.1 and therefore "requests that all Fees for preparation and transmission of records be waived.

Certificate of Service

I Certify that a true and correct copy of this Request for Clerks record and reporters record have been Served on the Appellee, Paige Heitkamp, at the following email Address

PHeitkamp@Cobbmartinez.com

Respectfully Submitted

Gabryelle Daniels
DanielsGabryelle85@Gmail.com

400 N. 2nd street
Copperas Cove Tx
76502

Gabrielle Daniels
811 N. 2nd Street
Copperas Cove Tx
76522

AUSTIN TX 787
RIO GRANDE DISTRICT
6 NOV 2025 AM 3 L

78711-2547747

Third Court of Appeals
P.O. Box 12547
Austin Tx
78711

